AO.JD
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009



*Report Required by the Ethics in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) Eagan, Claire V. | 2. Court or Organization USDC/N. Dist. of Oklahoma | 3. Date of Report 4/6/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address United States Courthouse 333 W. 4th Street, Room 411 Tulsa, Oklahoma 74103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 [See #4 in Part VII and Note in Part VIII] |
| 2. Trustee | Trust #2 [See #5 in Part VII and Note in Part VIII] |
| 3. Director | Oklahoma Medical Research Foundation (non-profit medical research organization) |
| 4. Trustee | Saint Francis of Assisi Tuition Assistance Trust (non-profit educational assistance organization) |
| 5. Trustee | Saint Clare of Assisi Disadvantaged Schools Trust (non-profit educational assistance organization) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Eagan, Claire V.

| Name of Person Reporting | Date of Report |
|---|---|
| Eagan, Claire V. | 4/6/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Advanced Medical Instruments, Inc. - Employment |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Richard A. Gronendyke - Family Friend | May 2009 | New York City, NY | Wedding | Round-trip airline tickets. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagan, Claire V. | 4/6/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Washington Mutual (Previously thru Homeside Lending, Inc.) | Mortgage loan on Property #2 (See Item #3 at VII) | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagan, Claire V. | 4/6/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Investor Fund / Bank of Oklahoma, N.A. | A | Interest | J | T | | | | | |
| 2.  Property #1 - Tulsa, OK | | None | L | W | | | | | |
| 3.  Property #2 - Highland Beach, FL | | None | N | W | | | | | |
| 4.  Trust #1 (See Note VIII) | | None | J | T | | | | | |
| 5.  Trust #2 (See Note VIII) | | None | J | T | | | | | |
| 6.  Schwab #1 - IRA (See Note VIII) | | | | | | | | | |
| 7.  - Schwab Money Market Fund | | None | L | T | | | | | |
| 8.  - Schwab Value Advg (Money Mkt) (Y) (See VIII) | | | | | | | | | |
| 9.  - Russell US Core Equity (See Note VIII) | B | Dividend | M | T | Sold (part) | 11/19/09 | K | | |
| 10.  - Russell US Small & Mid (Y) (See Note VIII) | | | | | | | | | |
| 11.  - Russell Emerging Markets Fund | B | Dividend | K | T | | | | | |
| 12.  - Russell International Developed (See Note VIII) | | | | | Sold | 11/19/09 | M | | |
| 13.  - Russell Global Equity Fund | B | Dividend | M | T | | | | | |
| 14.  - Firsthand Technology Fund | | None | J | T | | | | | |
| 15.  - Ishares Trust Dow Jones Select Div (See VIII) | | None | | | Sold (part) | 03/02/09 | J | | |
| 16.  - | | | | | Sold (part) | 03/02/09 | J | | |
| 17.  - | | | | | Sold (part) | 03/02/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagan, Claire V. | 4/6/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - | | | | | Sold | 03/02/09 | J | | |
| 19. - Baron Partners Fund | | None | K | T | | | | | |
| 20. - Royce Premier Fund | | None | L | T | | | | | |
| 21. - PIMCO All Asset Fund | D | Dividend | M | T | | | | | |
| 22. - PIMCO Total Return | D | Dividend | M | T | Buy (add'l) | 05/07/09 | K | | |
| 23. - | | | | | Buy (add'l) | 12/17/09 | L | | |
| 24. - Jensen Portfolio Class I | A | Dividend | J | T | Buy | 03/02/09 | J | | |
| 25. - Loomis Sayles Global Markets | A | Dividend | L | T | Buy | 05/07/09 | L | | |
| 26. - Artisan Int'l Fund | A | Dividend | K | T | Buy | 11/19/09 | K | | |
| 27. - Artisan Int'l Small Cap | A | Dividend | K | T | Buy | 11/19/09 | K | | |
| 28. - Dodge & Cox Int'l | A | Dividend | K | T | Buy | 11/19/09 | K | | |
| 29. Federal Home Loan Bank (Bond #2) (Y) (See Note VIII) | | | | | | | | | |
| 30. Federal Home Loan Bank (Bond #3) (Y) (See Note VIII) | | | | | | | | | |
| 31. - *Fed HM LN MTG (Bond #4) (See Note VIII) | D | Interest | | | Buy | 2/12/08 | L | | |
| 32. - | | | | | Redeemed | 11/25/09 | L | | |
| 33. - *Fed Nat'l Mtg (Bond #5) (See Note VIII) | C | Interest | | | Buy | 2/14/08 | L | | |
| 34. - | | | | | Redeemed | 05/04/09 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagan, Claire V. | 4/6/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Schwab #2 - Investment Acct. (See Note VIII) | | | | | | | | | |
| 36. - Schwab Value Advg (Money Mkt) (Y) (See Note VIII) | | | | | | | | | |
| 37. - Schwab Money Market Fund | | None | J | T | | | | | |
| 38. - Exxon Corp. - Common (See Note VIII) | A | Dividend | J | T | Sold (part) | 04/08/09 | J | | |
| 39. - | | | | | Sold (part) | 10/01/09 | J | | |
| 40. - PE Corp-Celera Genomics | | None | J | T | | | | | |
| 41. - Genvec | | None | J | T | | | | | |
| 42. - Russell Emerging Markets | A | Dividend | J | T | | | | | |
| 43. Schwab #3 - IRA (See Note VIII) | | | | | | | | | |
| 44. - Schwab Money Market | | None | J | T | | | | | |
| 45. - Rydex Biotechnology | | None | J | T | | | | | |
| 46. - Russell Emerging Markets | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagan, Claire V. | 4/6/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

NOTE - With permission from [redacted] FDR Auditor at AO, the Investments and Trusts section has been reorganized so that funds within each investment account may be listed together under that investment account header/line item.

# 4 Trust # 1 - The Trust is the named beneficiary of a life insurance policy issued by Northwestern Mutual Life on the life of an individual who is still living. There are no other Trust assets.

# 5 Trust # 2 - The Trust was created in 2000 to receive, hold and distribute certain assets. No assets were received, held, or distributed in 2009.

# 6 Charles Schwab #1 - IRA - Investments were made and managed through Schwab. No income was distributed to participants invested in the Funds. If there were any distributions from the Funds to Schwab, they were reinvested.

#8 Schwab Value Advantage - Money market fund, closed cash account. Zero ending balance at end of 2008. No ownership or distribution in 2009.

# 9 Russell U.S. Core Equity - On November 19, 2009, a partial sale of the investment occurred via public sale. The partial sale resulted in a loss.

#10 Russell U.S. Small & Mid - No ownership or distribution in 2009. In 2008, the investment was sold.

#12 Russell International Developed - On November 19, 2009, the investment was sold via public sale. The sale resulted in a loss.

#15-18 ISHARES DJ Select Dividend Index - On March 2, 2009, the investment was sold via public sales. The sales resulted in a loss.

#29 Federal Home Loan Bank (Bond #2) - No ownership or distribution in 2009. In 2008, the investment was redeemed.

#30 Federal Home Loan Bank (Bond #3) - No ownership or distribution in 2009. In 2008, the investment was redeemed.

#31-32 *Fed HM LN MTG (Bond #4) - Consulted with AO regarding proper reporting procedure. The purchase of this bond was inadvertently omitted from the 2008 report. Bond #4 was purchased in 2008, and redeemed on November 25, 2009. The transactions, including earned interest, are reported accordingly herewith. The redemption resulted in no loss or gain.

#33-34 *Fed Nat'l Mtg (Bond #5) - Consulted with AO regarding proper reporting procedure. The purchase of this bond was inadvertently omitted from the 2008 report. Bond #5 was purchased in 2008, and redeemed on May 4, 2009. The transactions, including earned interest, are reported accordingly herewith. The redemption resulted in no loss or gain.

#35 Schwab #2 - Investment Account - Investments were made and managed through Schwab. No income was distributed to participants invested in the Funds. If there were any distributions from the Funds to Schwab, they were reinvested.

#36 Schwab Value Advantage - Money Market fund, closed cash account. Zero ending balance at end of 2008. No ownership or disbribution in 2009.

#38-39 Exxon Corp. - Common - On April 8 and October 1, 2009, partial sales of the investment occurred via public sale. The partial sales resulted in a loss.

#43 Schwab #3 - IRA - Investments were made and managed through Schwab. No income was distributed to participants invested in the Funds. If there were any distributions from the Funds to Schwab, they were reinvested.

| Name of Person Reporting | Date of Report |
|---|---|
| Eagan, Claire V. | 4/6/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544